Donegan v Parry (2024 NY Slip Op 05727)

Donegan v Parry

2024 NY Slip Op 05727

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

768 CA 24-00615

[*1]JAMES DONEGAN AND MARY DONEGAN, PLAINTIFFS-APPELLANTS,
v
JONATHAN L. PARRY AND JESSICA W. PARRY, DEFENDANTS-RESPONDENTS. 

BARCLAY DAMON LLP, SYRACUSE (JON P. DEVENDORF OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
MICHAELS BERSANI KALABANKA, P.C., AUBURN (MICHAEL G. BERSANI OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered October 25, 2023. The order, among other things, granted defendants' cross-motion for summary judgment dismissing the complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court